## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | | |
|---|---|---|
| CALDWELL BANK & TRUST CO. | ) | CIVIL ACTION NO: |
| | ) | |
| VERSUS | ) | JUDGE |
| | ) | |
| THOMAS ALLEN DICKERSON and TOUGH LUCK FARMS, INC. | ) ) | MAGISTRATE JUDGE |

### NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT

TO:   THE UNITED STATES DISTRICT COURT FOR THE
      WESTERN DISTRICT OF LOUISIANA:

NOW INTO COURT, comes the United States of America, by and through Stephanie A. Finley, United States Attorney for the Western District of Louisiana, and Cristina Walker, Assistant United States Attorney, and pursuant to Title 28 United States Code § 1441(a), et seq., hereby files this Notice of Removal respectfully representing as follows:

1.

This action was commenced on or about March 3, 2016, by the filing of the *Petition to Foreclose by Executory Process* in the 5th Judicial District Court, Parish of Franklin, State of Louisiana, bearing Docket 44, 548.

2.

In that action, Plaintiff, Caldwell Bank & Trust Company, seeks to foreclose through executory process on certain crops and farm products, along with all equipment and farm equipment now owned, or hereafter acquired owned by Defendants, Thomas Allen Dickerson and Tough Luck Farms, Inc.  This entity is owned entirely by Defendant Dickerson.  Collateral described in the petition includes rice stored at Chicago Mills bins in Franklin Parish, Louisiana on which the United States has a secured priority lien.

3.

On March 3,  2016, after consideration of the above petition, notice of which was only provided to Thomas Allen Dickerson and Tough Luck Farms, the state district court judge in the 5th Judicial District ordered that a Writ of Seizure and Sale be issued. The Writ of Seizure and Sale provides for the seizure and sale of collateral including all crops and farm products.  The Writ of Seizure and Sale further provides that after the sale, Caldwell Bank and Trust Company will "be paid the amount of its claim in preference to and priority over all other persons." (see attached) However, as delineated below, the United States has a priority lien over the 2015  rice crop  and, thus, Caldwell Bank and Trust Company should not be paid in preference to and priority over the United States.

4.

Copies of the Petition, the Writ of Seizure and Sale, and the Order are attached. The Petition, the Writ of Seizure and Sale, and the Order were not served upon the Attorney General, the United States Attorney for the Western District of Louisiana, the Farm Service Agency, the United States Department of Agriculture, or the Commodity Credit Corporation, (a federal corporation within USDA). Therefore, this removal is timely made.  28 U.S.C. § 1446(b).

5.

The above-described action is a civil action which involves the interests of the United States.  Collateral described in the petition includes rice stored at Chicago Mills bins in Franklin Parish, Louisiana. The United States of America is a secured creditor of Defendant Dickerson, holding a priority, secured lien in the farm stored rice produced in the 2015 Crop Year, held in the bins described in the petition.  The United States lien is evidenced by certain Farm Storage Notes and Security Agreements dated October 7, 2015; January 5, 2016; and, January 14, 2016.

Furthermore, previously, on December 16, 2015, Plaintiff had provided the Farm Service Agency ("FSA") a Lien Waiver on all 2015 commodities for Defendant Dickerson.

6.

Defendant, Thomas Allen Dickerson, is indebted, by and through different entities, to the United States of America as of March 23, 2016 in the total amount of $5,285,236.46, including principal and interest, secured by 1,194,726 cwt of grain (corn and rice).  However, the Farm Service Agency is focusing on certain farm stored rice produced in the 2015 Crop Year, and stored in ten (10) Bins (Bins A-G, AA, BB, and CC), at the Tensas River Plantation (Chicago Mills), located at 221 Highway 572, Franklin Parish, Louisiana (nine bins), now owned by Angelina Plantation. The total amount held in said bins is 39,095.24 cwt of rice.

7.

On February 4, 2016, Defendant Dickerson met with Farm Service Agency officials at the Chicago Mills storage facility and all bins at the facility were inspected.  During this process, Defendant Dickerson identified ten (10) grain bins in which agency loan collateral (rice) is stored.  Agency officials measured the rice and accounted for 39,095.24 cwt of the total 315,285 cwt pledged as collateral for these three (3) loans.  All other bins were empty.  Commodity Credit Corporation ("CCC") seals were placed on the bins identified by Defendant Dickerson and inspected by agency personnel.  In addition to Defendant's statement concerning the rice in storage at this facility being rice produced in the 2015 Crop year, and FSA loan collateral, a representative of the storage facility has verified to Reese Traylor, District Director, that the bins did not contain rice during the Summer of 2015.

8.

It is well settled that a "proceeding against property in which the United States has an interest is a suit against the United States." *United States v. Alabama*, 313 U.S. 274, 282  (1941);

3

*Equity Trust Co. v. McDonald*, 806 F.3d 833, 835 (5th Cir. 2015). Pursuant to 28 U.S.C.§ 2410(a)(2) the United States "may be named a party in any civil action or suit in any district court, or in any State court having jurisdiction of the subject matter…to foreclose a mortgage or other lien upon,.. real or personal property on the United States has or claims ...[a] lien." According to 28 U.S.C. §1444, actions under §2410 "may be removed by the United States to the district court of the United States for the district and division in which the action is pending." This civil action entailing foreclosure as to property in which the United States has an interest should be removed to the United States District Court, Western District  of Louisiana, Alexandria Division.

9.

On the basis of the foregoing, the United States of America seeks to remove this action to the United States District Court for the Western District of Louisiana, Alexandria Division, pursuant to 28 U.S.C. §1441(a) .

**WHEREFORE**, the United States of America files this Notice of Removal of the suit number Docket 44, 548, entitled *Petition to Foreclose by Executory Process* Petition, pending in in the 5th Judicial District Court, Parish of Franklin, State of Louisiana **BE CONSIDERED REMOVED** to the United States District Court for the Western District of Louisiana, with the filing of this Notice of Removal.

Respectfully Submitted,

STEPHANIE A. FINLEY
United States Attorney
Western District of Louisiana

BY:     *s/ Cristina Walker*
CRISTINA WALKER (8497)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101-3068
(318) 676-3614 / Fax: (318) 676-3642

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 25, 2016, a copy of this Notice of Removal of Civil Action from State Court was filed electronically with the Clerk of Court using the CM/ECF system.  I also certify that I have mailed by United States Postal Service this filing to all known counsel of record:

James E. Mixon, Esq.
James L. Carroll, Esq.
Brian E. Frazier, Esq.
Rossanna Rahim McIlwain, Esq.
Mixon, Carroll & Frazier, LLC
P.O. Drawer 1619
Columbia, Louisiana  71418
Attorneys for Plaintiff,
Caldwell Bank & Trust Company

Larry Feldman, Jr., Esq.
McGlinchey Stafford
601 Poydras Street
Suite 1200
New Orleans, Louisiana  70130
Attorneys for Franklin State Bank & Trust Company

Carey B. Underwood, Esq.
Davenport, Files & Kelly
1509 Lamy Lane
Monroe, Louisiana  71201
Attorneys for Thomas Allen Dickerson,
Tough Luck Farms, Inc.,
Dickerson Agriculture Partnership,
Radar Ridge Planting Co., Inc., and
B&T Farms, LLC

*s/ Cristina Walker*
CRISTINA WALKER (8497)
Assistant United States Attorney