STATE OF LOUISIANA    PARISH OF FRANKLIN    ~~37TH~~ 5th JUDICIAL DISTRICT

CALDWELL BANK & TRUST COMPANY          FILED: March 3, 2016

VS. NO. 44,548

BY: Alene Mayo
DEPUTY CLERK OF COURT

THOMAS ALLEN DICKERSON
and TOUGH LUCK FARMS, INC.

## ORDER

Considering the allegations of the foregoing Petition and the Exhibits attached thereto:

IT IS ORDERED that a Writ of Seizure and Sale be issued herein forthwith, as prayed for and according to law, providing for the seizure of the following described property, to-wit:

Thomas Allen Dickerson
**2005 Clement, SN SC2BB26B85M004693**

Tough Luck Farms, Inc.
**All Crops and Farm Products**
**All Equipment and Farm Equipment whether now owned or hereinafter acquired**

IT IS FURTHER ORDERED that **CALDWELL BANK & TRUST COMPANY** is appointed as Keeper of the items seized pending sale.

WINNSBORO, LOUISIANA, this _____ day of March, 2016.

_____
JUDGE

{00159186.1 4266/327/TCOOPER} - tac