# Writ of Seizure and Sale

| | |
|---|---|
| CALDWELL BANK & TRUST COMPANY<br>Versus<br>THOMAS ALLEN DICKERSON AND TOUGH LUCK FARMS, INC. | DOCKET NUMBER: C-44548<br>FRANKLIN Parish, Louisiana<br>FIFTH JUDICIAL DISTRICT COURT |

THE STATE OF LOUISIANA: TO THE SHERIFF OF FRANKLIN PARISH, GREETINGS:

YOU ARE HEREBY COMMANDED, in the name of the State of Louisiana and of the Fifth Judicial District Court in and for the Parish of Franklin, to seize and sell, after due and legal advertisement, delays, WITH the benefit of appraisement of the following described property, to-wit:

Thomas Allen Dickerson
2005 Clement, SN SC2BB26B85M004693

Tough Luck Farms, Inc.
All Crops and Farm Products
All Equipment and Farm Equipment whether now owned or hereinafter acquired

That out of the proceeds of said sale you are to pay plaintiff the amount of their claim, to-wit: ONE MILLION SEVENTY-NINE THOUSAND FIVE HUNDRED TWENTY-TWO AND 98/100 ($1,079,522.98) DOLLARS, together with contractual interest from February 29, 2016, reasonable attorney's fees in the amount of 25% of principal and interest due, and for all costs of these proceedings; that Petitioner be appointed as Keeper of the items seized pending sale; and that out of the proceeds of the sale, Petitioner be paid the amount of its claim in preference to and priority over all other persons.

That you also make the sum of ($) Clerk's costs as well as your own costs and charges in the premises.

And of your doing in the premises make due return to our said Court, as the law directs.

WITNESS the Honorable Judges of said Court and the seal thereof on this March 4, 2016.

_____
Deputy Clerk of Court
FIFTH JUDICIAL DISTRICT COURT


Document Number: D488841

FILE COPY

# Alias Writ of Seizure and Sale

| | |
|---|---|
| CALDWELL BANK & TRUST COMPANY<br>Versus<br>THOMAS ALLEN DICKERSON AND<br>TOUGH LUCK FARMS, INC. | DOCKET NUMBER: C-44548<br>FRANKLIN Parish, Louisiana<br>FIFTH JUDICIAL DISTRICT COURT |

THE STATE OF LOUISIANA: TO THE SHERIFF OF RICHLAND PARISH, GREETINGS:

YOU ARE HEREBY COMMANDED, in the name of the State of Louisiana and of the Fifth Judicial District Court in and for the Parish of Franklin, to seize and sell, after due and legal advertisement, delays, WITH the benefit of appraisement of the following described property, to-wit:

Thomas Allen Dickerson
2005 Clement, SN SC2BB26B85M004693

Tough Luck Farms, Inc.
All Crops and Farm Products
All Equipment and Farm Equipment whether now owned or hereinafter acquired

That out of the proceeds of said sale you are to pay plaintiff the amount of their claim, to-wit: ONE MILLION SEVENTY-NINE THOUSAND FIVE HUNDRED TWENTY-TWO AND 98/100 ($1,079,522.98) DOLLARS, together with contractual interest from February 29, 2016, reasonable attorney's fees in the amount of 25% of principal and interest due, and for all costs of these proceedings; that Petitioner be appointed as Keeper of the items seized pending sale, and that out of the proceeds of the sale, Petitioner be paid the amount of its claim in preference to and priority over all other persons.

That you also make the sum of ($) Clerk's costs as well as your own costs and charges in the premises.

And of your doing in the premises make due return to our said Court, as the law directs.

WITNESS the Honorable Judges of said Court and the seal thereof on this March, 2016.

*Alene Mayo*
Deputy Clerk of Court
FIFTH JUDICIAL DISTRICT COURT

Document Number: D488858

FILE COPY