UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **CALDWELL BANK & TRUST COMPANY** | § | CIVIL ACTION NO. 3:16-cv-0403 |
| | § | |
| **VERSUS** | § | JUDGE JAMES |
| | § | |
| **THOMAS ALLEN DICKERSON AND** | § | |
| **TOUGH LUCK FARMS, INC.** | § | MAGISTRATE JUDGE HAYES |

## MOTION TO ALLOW INTERVENTION

NOW INTO COURT, through undersigned counsel, comes COMMERCIAL CAPITAL BANK, a Louisiana banking corporation, having its main office in Delhi, Louisiana, and moves the Court for an Order, pursuant to F.R.C.P. 24(a), allowing it to intervene in this action for the following reasons:

1.

This matter was commenced in the Fifth Judicial District Court, Franklin Parish, Louisiana on March 3, 2016, with the filing of a "Petition to Foreclose by Executory Process" filed by CALDWELL BANK & TRUST COMPANY naming as defendants, THOMAS ALLEN DICKERSON and TOUGH LUCK FARMS, INC.

2.

In that suit, plaintiff sought the seizure and sale of farm equipment and farm products owned by the defendants.

3.

This matter was removed to this Court by the UNITED STATES OF AMERICA on March 25, 2016. (Doc. 1).

4.

In the removal documents, the UNITED STATES OF AMERICA claimed a security interest in the farm products.

5.

As more fully shown in the attached "Complaint of Intervention," COMMERCIAL CAPITAL BANK claims a priming security interest in the seized farm equipment and asserts that the farm products may have been comingled with farm products owned by other entities operated by THOMAS ALLEN DICKERSON which products are pledged to secure debts owed to COMMERCIAL CAPITAL BANK by those entities.

6.

Under the circumstances alleged by COMMERCIAL CAPITAL BANK, this Court must allow this intervention because COMMERCIAL CAPITAL BANK claims an interest in the property that is the subject of the action and is so situated that disposing of the action may impair its ability to protect that interest and no existing party adequately represents the interests of COMMERCIAL CAPITAL BANK. F.R.C.P. 24(a)(2).

7.

Pursuant to Local Rule 7.6, undersigned counsel has forwarded a copy of the "Complaint of Intervention" to counsel for the UNITED STATES OF AMERICA and counsel for CALDWELL BANK & TRUST COMPANY. Counsel for CALDWELL BANK & TRUST COMPANY has no objection to the filing of this intervention. Counsel for the UNITED STATES OF AMERICA has not responded.

WHEREFORE, COMMERCIAL CAPITAL BANK, PRAYS for an Order from this Court allowing the filing of the "Complaint of Intervention" which is attached hereto as Exhibit "A."

                Respectfully submitted,

                PETTIETTE, ARMAND, DUNKELMAN,
                WOODLEY, BYRD & CROMWELL, L.L.P.

                BY:    s/Joseph S. Woodley
                      L. David Cromwell, Bar Roll No. 1799
                      Joseph S. Woodley, Bar Roll No. 19228

                400 Texas Street, Suite 400 (71101)
                Post Office Box 1786
                Shreveport, Louisiana 71166-1786
                (318) 221-1800 Telephone
                (318) 226-0390 Facsimile
                ATTORNEYS FOR COMMERCIAL CAPITAL BANK

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Allow Intervention was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Shreveport, Louisiana this the 11th day of April, 2016.

                s/Joseph S. Woodley
                OF COUNSEL