UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| CALDWELL BANK & TRUST COMPANY | § | CIVIL ACTION NO. 3:16-cv-0403 |
| | § | |
| VERSUS | § | JUDGE JAMES |
| | § | |
| THOMAS ALLEN DICKERSON AND | § | |
| TOUGH LUCK FARMS, INC. | § | MAGISTRATE JUDGE HAYES |

## ORDER

Considering the Motion to Allow Intervention:

IT IS ORDERED that the Motion to Allow Intervention filed by COMMERCIAL CAPITAL BANK is **GRANTED** and the Complaint of Intervention attached thereto is allowed to be filed.

THUS DONE AND SIGNED, in chambers, in Monroe, Ouachita Parish, Louisiana, this _____ day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE