UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **CALDWELL BANK & TRUST CO**<br>**Plaintiff**<br><br>v.<br><br>**DICKERSON ET AL.**<br>**Defendant** | § § § § § § § § § | Case No. 3:16-cv-00403<br><br>Judge ____Roberts____<br><br>Magistrate Judge ____Hayes____ |

## MOTION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE

NOW INTO COURT through undersigned counsel comes plaintiff, **CALDWELL BANK & TRUST COMPANY**, who respectfully represents:

1.

Petitioner has been able to resolve this foreclosure insofar as the equipment being foreclosed on and desires that these proceedings be dismissed insofar as the same seeks the seizure and sale of the equipment.

**WHEREFORE, CALDWELL BANK & TRUST COMPANY** prays that these proceedings be dismissed without prejudice insofar and only insofar as it seeks the Writ of Seizure and Sale to all equipment and farm equipment whether now owned or hereinafter acquired.

{00162181.1 4266/327/XSOLANO}

Respectfully submitted,
MIXON, CARROLL & FRAZIER, LLC
P. O. Drawer 1619
Columbia, LA 71418
(318) 649-9284 – Phone
(318) 649-0277 – Fax
jmixon@mixoncarroll.com


BY: /s/ James E. Mixon /s/
JAMES E. MIXON, LSB# 10358


## CERTIFICATE OF SERVICE

I, James E. Mixon, hereby certify that the foregoing Motion was electronically filed on **April 11, 2016** and a copy has been served on all counsel of record through the Court's electronic filing system.


s/ James E. Mixon
James E. Mixon

{00162181.1 4266/327/XSOLANO}