READ THE ENTIRE INSTRUMENT BEFORE SIGNING

| CCC-677 (04-24-15) | U.S. DEPARTMENT OF AGRICULTURE Commodity Credit Corporation |
|---|---|

## FARM STORAGE NOTE AND SECURITY AGREEMENT

NOTE: The following statement is made in accordance with the Privacy Act of 1974 (5 USC 552a – as amended). The authority for requesting the information identified on this form is 7 CFR Part 1421, 7 CFR Part 1436, the Commodity Credit Corporation Charter Act (15 U.S.C. 714 et seq.), and the Agricultural Act of 2014 (Pub. L. 113-79). The information will be used to determine eligibility to participate in and receive benefits under a CCC loan program through documentation of producer acknowledgement of and agreement to the terms and conditions of the note and security agreement. The information collected on this form may be disclosed to other Federal, State, Local government agencies, Tribal agencies, and nongovernmental entities that have been authorized access to the information by statute or regulation and/or as described in applicable Routine Uses identified in the System of Records Notice for USDA/FSA-14, Applicant/Borrower. Providing the requested information is voluntary. However, failure to furnish the requested information will result in a determination of ineligibility to participate in and receive benefits under a CCC loan program.

This information collection is exempted from the Paperwork Reduction Act as specified in the Agricultural Act of 2014 (Pub. L. 113-79, Title I, Subtitle F, Administration). The provisions of appropriate criminal and civil fraud, privacy, and other statutes may be applicable to the information provided. RETURN THIS COMPLETED FORM TO YOUR COUNTY FSA OFFICE.

| Name & Mailing Address of Contact Producer | St. & Co. Codes & Farm No. Where Produced |
|---|---|
| RADAR RIDGE PLANTING CO INC<br>645 LAMAR CHURCH RD<br>DELHI, LA 71232-7214 | 22-041-0006460 |

| Loan No.: | 20001 | Documents Received: | | Total Loan Amount: | $ 211,158.36 |
|---|---|---|---|---|---|
| Crop Year: | 2015 | Disbursement Date: | | | |
| Commodity: | RRICE | Maturity Date: | | | |
| Class: | L | Interest Rate: | | Service Fee: | $ 45.00 |
| | | Total Loan Quantity: | 32,436.00 | TOTAL DISBURSEMENT AMOUNT: | $ 211,113.36 |

| A. SEAL NUMBER | B. MORTGAGED QUANTITY | C. LOAN RATE | D. LOAN QUANTITY | E. LOAN AMOUNT |
|---|---|---|---|---|
| 9 | 32,436.00 | $ 6.5100 | 32,436.00 | $ 211,158.36 |

| F. PRODUCER | | G. PRODUCER SHARE |
|---|---|---|
| RADAR RIDGE PLANTING CO INC | 1.0000 | |
| H. Loan Disbursement Percentage | 1.0000 | |

The terms and conditions of the Note and Security Agreement are set forth in this Form CCC-677 ("Note") and Form CCC-601, "Commodity Credit Corporation Note and Security Agreement Terms and Conditions," Form CCC-677A (for sugar only), and any appendix or addendum to these forms. By signing this Form CCC-677 each producer agrees to all terms and conditions specified in these forms and acknowledges receipt of Form CCC-601 and any appendix or addendum thereto. By signing this form, the producer agrees that: (1) the interest rate applicable to the loan will be determined in accordance with 7 CFR Part 1405 and will be the rate of interest charged by the U.S. Treasury for funds borrowed by CCC, plus 1 percent, on the date the loan proceeds are disbursed to each producer, and (2) the maturity date of the loan for all commodities shall be the last day of the 9th month following the month in which such loan proceeds are disbursed. Notwithstanding the foregoing provision, the producer agrees that if the commodity pledged as collateral for this loan is a commodity which had been previously pledged as collateral for a CCC loan that the maturity date of this loan will be the maturity date of such initial loan. The loan disbursement date, actual interest rate and maturity date for the loan may be obtained at the County FSA office listed below. CCC may at any time accelerate the maturity date of this loan upon demand of payment.

The producer hereby sells, assigns, and mortgages, to CCC as collateral for the payment of this Note all of the commodity described in this Note, together with all authorized replacements, substitutions, additions, and accessions thereto, which is stored in the bins or storage structures specified in this Note (even though a larger quantity than the quantity shown in the item above entitled "Total Loan Quantity? is stored in such structure).

| Are you or any co-applicant delinquent on any Federal non tax debt? (If YES, attach details to this form) | ☐ YES | ☑ NO |
|---|---|---|

| SIGNATURE (By) | TITLE/RELATIONSHIP OF THE INDIVIDUAL IF SIGNING IN A REPRESENTATIVE CAPACITY | DATE (MM-DD-YYYY) |
|---|---|---|
| [signature] | member | 10/07/2015 |
| APPROVED FOR CCC BY [signature] | DATE(MM-DD-YYYY) 10/7/15 | Name and Address of County FSA Office<br>FRANKLIN COUNTY FARM SERVICE AGENCY<br>616 RISER ROAD<br>WINNSBORO, LA 71295-0000 |
| SECOND PARTY REVIEW<br>Terrie Robinson   TLR | DATE(MM-DD-YYYY) 10/07/2015 | |


GOVERNMENT EXHIBIT