UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **CALDWELL BANK & TRUST CO.** | ) | **CIVIL ACTION No. 3:16-cv-0403** |
| | ) | |
| **VERSUS** | ) | **JUDGE: JAMES** |
| | ) | |
| **THOMAS ALLEN DICKERSON and** | ) | |
| **TOUGH LUCK FARMS, INC.** | ) | **MAGISTRATE JUDGE: HAYES** |

**COMPLAINT FOR DECLARATORY JUDGMENT**

NOW INTO COURT, comes the United States of America, by and through Stephanie A. Finley, United States Attorney for the Western District of Louisiana and Cristina Walker, Assistant United States Attorney, on behalf of the Farm Service Agency, United States Department of Agriculture, and for its cause of action alleges as follows:

1.

That this Court has jurisdiction pursuant to 28 U.S.C § 1345 by reason of the fact that this is a suit of a civil nature brought by the United States of America. This is an action for declaratory judgment regarding the rights of the United States and the United States Department of Agriculture ("USDA") "Marketing Assistance Loan Program," 7 U.S.C. § 7231, *et seq.* and that statutes implementing regulations at 7 C.F.R. Part 1421, Subpart B – Marketing Assistance Loans.

2.

That for valuable consideration and to evidence loans obtained from the United States of America, acting by and through the Farm Service Agency ("FSA") and Commodity Credit Corporation ("CCC"), Thomas Allen Dickerson, doing business as B & T Farms LLC, executed three (3) Farm Storage Notes and Security Agreements (CCC-677) as follows:

| Name | Parish | Date | Loan No. | Amt. | Crop Year | Commodity |
|---|---|---|---|---|---|---|
| Radar Ridge Planting | Franklin | 10/07/2015 | 20001 | $211,158.26 | 2015 | Rice |
| Dickerson Ag Ptrshp | Richland | 01/05/2016 | 20011 | $412,109.04 | 2015 | Rice |
| B & T Farms | Franklin | 01/14/2016 | 20010 | $1,429,165.48 | 2015 | Rice |

Copies of the above-described Notes and security agreements, which are owned and held by the United States of America, are annexed hereto and marked as Exhibits 1 through 3 and made a part hereof as if set forth herein in full.

3.

Each Farm Storage Note and Security Agreement lists the seal number of the Farm Storage Bin the rice of which secures the referenced note. *See,* Exhibits 1 – 3, Column "A."

4.

Radar Ridge Planting Company (Thomas Dickerson 100%) granted FSA a security interest on 32,436 cwt of 2015 rice on 10/07/2015 under UCC original file number 21-178117. A review of an encumbrance certificate, dated 3/22/2016, indicated that Ag Resource Management had an active lien on 2015 crop rice for Radar Ridge

Planting Company.  On 9/21/2015, Ag Resource Management provided FSA a lien waiver on all 2015 commodities.  A copy of that waiver is annexed hereto as Exhibit 4.  As a result of this waiver and its Promissory Note and Security Agreement, FSA holds a superior lien to Ag Resource Management on the 2015 farm-stored rice.

5.

Dickerson Agricultural Partnership (Thomas Dickerson acting as Agent for Dickerson Agricultural Partnership) granted FSA a security interest on 63,304 cwt of 2015 rice on 1/05/2016 under UCC original file number 42-210330.  A review of an encumbrance certificate dated 3/22/2016, indicated that Production Ag Services and Franklin State Bank had active liens on 2015 crop rice for Dickerson Agricultural Partnership.  On 12/14/2015, Crop Production Services and Franklin State Bank provided FSA lien waivers on all 2015 commodities.  Copies of those waivers are annexed hereto as Exhibits 5 and 6.  As a result of those two waivers and its Promissory Note and Security Agreement, FSA holds a superior lien to Crop Production Services and Franklin State Bank on the farm-stored rice.

6.

B & Farms LLC (Thomas Dickerson 52%, Blake Lively 48%) granted FSA a security interest on 219,545 cwt of 2015 rice on 01/14/2016 under UCC original file number 21-178698.  A review of an encumbrance certificate, dated 3/22/2016, indicated that Crop Production Services and Franklin State Bank had active liens on 2015 crop rice for B & T Farms LLC.  On 12/14/2015, Crop Production Services and Franklin State

Bank provided FSA lien waivers on all 2015 commodities. Those waivers are annexed hereto as Exhibit 5 and Exhibit 7.

7.

The Farm Storage Note and Security Agreement referenced in paragraph 2 above were perfected by the filing of UCC-1Fs for Radar Ridge Planting Co., Inc. (File No. 21178117-UC), Dickerson Agricultural Partnership (File No. 42-210330-UC), and B & T Farms LLC (File No. 21178698-UC) on 10/7/2015, 1/5/2016, and 1/14/2016, respectively. Copies of the UCC-1Fs are annexed hereto as Exhibits 8, 9, and 10.

8.

Ag Resource Management, Crop Production Services, Inc., and Franklin State Bank & Trust Co. may claim a security interest in the 2015 farm-stored rice at issue in this case, but it is subordinate and inferior to the lien held by the FSA.

9.

Caldwell Bank of Trust Company may claim an interest in rice produced by Thomas Allen Dickerson and Tough Luck Farms, Inc. in 2014 pursuant to a UCC-1F recorded at 21174684-UC and a UCC Financing Statement recorded at 21174683-UC. Caldwell Bank executed a lien waiver in favor of CCC on all 2015 crops on 12/16/2015. That waiver is annexed hereto as Exhibit 11. Caldwell Bank's interest is subordinate and inferior to the lien held by FSA on the 2015 farm-stored rice.

10.

That as of April 21, 2016, Radar Ridge Planting Co., Inc. owed principal of $211,158.36 and accrued interest of $1,708.29, past due and unpaid to CCC with interest

continuing to accrue at a daily rate of $7.95, all of which appears in the Statement of Account attached hereto as Exhibit 12.

11.

That as of April 21, 2016, Dickerson Agricultural partnership owed past-due and unpaid principal of $654,124.80 and accrued interest of $3,028.69 to CCC with interest continuing to accrue at a daily rate of $29.12, all of which appears in the Statement of Account attached hereto as Exhibit 12.

12.

That as of April 21, 2016, B & T Farms LLC owed past-due and unpaid principal of $1,429,237.95 and accrued interest of $6,044.89 to CCC with interest continuing to accrue at a daily rate of $63.63, all of which appears in the Statement of Account attached hereto as Exhibit 12.

13.

The rice that serves as collateral for the Marketing Assistance Loans evidenced by the Farm Storage Notes and Security Agreements referenced in paragraph 2 above (Exhibits 1 – 3) are secured by rice produced in the 2015 crop year and stored in ten (10) bins (Bins 1-5, AA, BB, and CC), at the Tensas River Plantation (Chicago Mills), located at 221 Highway 572, Franklin Parish, Louisiana (ten bins), now owned by Angelina Plantation. The total amount of rice held in said bins is 39,095.24 cwt of rice.

14.

On February 4, 2016, Defendant Dickerson met with Farm Service Agency officials at the Chicago Mills storage facility and all bins at the facility were inspected.

During this process, Defendant Dickerson identified ten (10) grain bins in which agency loan collateral (rice) is stored. Agency officials measured the rice and accounted for 39,095.24 cwt of the total 315,285 cwt pledged as collateral for these three (3) loans. All other bins were empty. Commodity Credit Corporation ("CCC") seals were placed on the bins identified by Defendant Dickerson and inspected by agency personnel. In addition to Defendant's statement concerning the rice in storage at this facility being rice produced in the 2015 Crop year, and FSA loan collateral, a representative of the storage facility has verified to Reese Traylor, District Director, that the bins did not contain rice during the summer of 2015.

15.

The statute which governs *"Nonrecourse Marketing Assistance Loans and Loan Deficiency Payments"* is 7 U.S.C. § 7231, *et seq.* The statute is implemented under 7 C.F.R. § 1421, Subpart B. Subsection 1421.112 covers foreclosure of collateral and provides as follows:

> *§1421.112 Foreclosure.*
> *(a)*
> *(2) Upon maturity and nonpayment of a farm-stored marketing assistance loan, title to the unredeemed collateral shall automatically transfer to CCC upon CCC demand.*

16.

The CCC loan made to defendants Radar Ridge Planting Co. Inc., Dickerson Agricultural Partnership, and B & T Farms LLC, secured by the 2015 rice at issue in this case, matured on April 21, 2016. Despite amicable demand for payment by FSA, the principal, interest, and charges were unpaid and the loan collateral ("2015 rice") was forfeited to the CCC pursuant to 7 C.F.R. § 1421.112(a)(2).

17.

CCC is the owner of the rice at issue in this case.

WHEREFORE, premises and documents considered, the United States of America, respectfully requests that this Court grant judgment in its favor as follows:

(1) For leave of Court to file this Complaint for Declaratory Relief;

(2) Review and take notice of the Farm Storage Notes and Security Agreements; Lien Waivers; UCC-1Fs; Collateral (2015 crop year rice); Debt; Default; and, demand for payment;

(3) The right of CCC to take title to the unredeemed 2015 rice collateral pursuant to 7 C.F.R. § 1421.112(a)(2);

(4) CCC ownership of the 2015 crop year rice;

(5) CCC's statutory right to collect, sell, and retain the proceeds of the 2015 crop year farm-stored rice; and,

(6) For all other general and equitable relief to which the United States of America may be entitled.

Respectfully Submitted,

STEPHANIE A. FINLEY
United States Attorney
Western District of Louisiana

By:        /s/ Cristina Walker
CRISTINA WALKER (8497)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101-3068
(313) 676-3634; Fax (318) 676-3642
Cristina.Walker@usdoj.gov

**CERTIFICATE OF SERVICE**

**HEREBY CERTIFY** that on April 26, 2016, a copy of this Complaint for Declaratory Judgment was filed electronically with the Clerk of Court using the CM/ECF system and was served on all counsel of record via the court's electronic filing system.

*s/ Cristina Walker*
CRISTINA WALKER (8497)
Assistant United States Attorney