

United States Department of Agriculture

Farm and Foreign Agricultural Services

Farm Service Agency

**DATE:** April 12, 2016

**TO:** Craig McCain, State Executive Director

**FROM:** Steve Dooley, District Director

**SUBJECT:** MAL Statement of Account

As of **April 21, 2016**:

Loan #20010 - B & T Farms LLC
Interest Rate: 1.6250%
Interest Amount: $6,044.89
Principal Amount: $1,429,237.95
Daily Interest: $63.63

Loan #20001 – Radar Ridge Planting Co. Inc.
Interest Rate: 1.375%
Interest Amount: $1,708.79
Principal Amount: $211,158.36
Daily Interest: $7.95

Loan #20011 – Dickerson Agricultural Partnership
Interest Rate: 1.625%
Interest Amount: $3,028.69
Principal Amount: $654,124.80
Daily Interest: $29.12

USDA is an Equal Opportunity Provider and Employer

