UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **CALDWELL BANK & TRUST CO.** | ) | CIVIL ACTION No. 3:16-cv-0403 |
| | ) | |
| **VERSUS** | ) | JUDGE: JAMES |
| | ) | |
| **THOMAS ALLEN DICKERSON and** | ) | |
| **TOUGH LUCK FARMS, INC.** | ) | MAGISTRATE JUDGE: HAYES |

## AMENDED CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 26 2016, a copy of this Motion to Intervene was filed electronically with the Clerk of Court using the CM/ECF system and was served via CM/ECF to known counsel of record as indicated below. I also certify that on April 28, 2016, I have served the Motion to Intervene by United States Postal Service to counsel of other possible parties:

James E. Mixon, Esq.
James L. Carroll, Esq.
Brian E. Frazier, Esq.
MIXON, CARROLL & FRAZIER, LLC
P.O. Drawer 1619
Columbia, Louisiana 71418
*Attorneys for Plaintiff,*
*Caldwell Bank & Trust Company*

VIA CM/ECF SYSTEM

Michail L. DuBos, Esq.
BREITHAUPT, DUNN, DUBOS, SHAFTO, & WOLLESON, LLC
1811 Tower Drive, Suite D
Monroe, Louisiana 71201
*Attorneys for AGRIFUND, LLC and*
*AG Resource Management, LLC*

VIA U.S. POSTAL SERIVCE

Larry Feldman, Jr., Esq.
MCGLINCHEY STAFFORD
601 Poydras Street, Suite 1200
New Orleans, Louisiana 70130
*Attorneys for Franklin State Bank & Trust Company*

VIA U.S. POSTAL SERIVCE

Thomas Hayes, Esq.
HAYS, HARKEY, SMITH & CASCIO, LLP
2811 Kilpatrick Blvd.
Monroe, Louisiana 71201
*Attorneys for Crop Production Services, Inc.*

VIA U.S. POSTAL SERIVCE

| | |
|---|---|
| Carey B. Underwood, Esq.<br>DAVENPORT, FILES & KELLY<br>1509 Lamy Lane<br>Monroe, Louisiana 71201<br>*Attorneys for Thomas Allen Dickerson,*<br>*Tough Luck Farms, Inc.,*<br>*Attorneys for Commercial Capital Bank*<br>*Dickerson Agriculture Partnership,*<br>*Radar Ridge Planting Co., Inc., and*<br>*B&T Farms, LLC*<br><br>VIA U.S. POSTAL SERIVCE | Joseph Woodley, Esq.<br>L. David Cromwell<br>PETTIETTE, ARMAND, DUNKELMAN,<br>WOODLEY, BYRD & CROMWELL, LLP<br>400 Texas Street, Suite 400<br>Shreveport, Louisiana 71101<br>*Attorneys for Commercial Capital Bank*<br><br>VIA CM/ECF SYSTEM |

*s/ Cristina Walker*
CRISTINA WALKER (8497)
Assistant United States Attorney