## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

| | | |
|---|---|---|
| **CALDWELL BANK & TRUST CO** | ) | **CIVIL ACTION NO: 3:16CV0403** |
| | ) | |
| **VERSUS** | ) | **JUDGE JAMES** |
| | ) | |
| **THOMAS ALLEN DICKERSON, ET AL** | ) | **MAGISTRATE JUDGE HAYES** |
| | ) | |

### DEFENDANT FARM SERVICE AGENCY'S RESPONSE
### TO COURT'S REMOVAL ORDER ( DOC. NO.4)

NOW INTO COURT, through undersigned counsel, comes defendant, Farm Service Agency, who in response to the Court's Removal Order of March 29, 2016 respectfully shows that:

**1. (a)   The attorneys enrolled in this case and the parties they represent are:**

James E. Mixon, James L. Carroll, and Brian E. Frazier, Mixon, Carroll & Frazier, P. O. Drawer 1619, Columbia, Louisiana 71418 for plaintiff Caldwell Bank & Trust Company.

Joseph Woodley, L. David Cromwell, Pettiette, Armand, Dunkelman, Woodley, Byrd & Cromwell, LLP, 400 Texas Street, Suite 400, Shreveport, Louisiana 71101 for defendant, Commercial Capital Bank.

Cristina Walker, Assistant United States Attorney, 300 Fannin Street, Suite 3210, Shreveport, LA 71101 for defendant, Farm Service Agency.

**The attorneys and the parties they represent who are possible defendants are:**

Michael L. DuBos, Breithaupt, Dunn, Dubos, Shafto & Wolleson, LLC, 1811 Tower Drive, Suite D, Monroe, Louisiana 71201 for defendants, Agrifund, LLC and AG Resource Management, LLC.

Larry Feldman, Jr., McGlinchey Stafford, 601 Poydras Street, Suite 1200, New Orleans, Louisiana 70130 for defendant, Franklin State Bank & Trust Company.

1

Thomas Hayes, Hayes, Harkey, Smith & Cascio, LLP, 2811 Kilpatrick Blvd., Monroe, Louisiana 71201, for defendant, Crop Production Services, Inc.

Carey B. Underwood, Davenport, Files & Kelly, 1509 Lamy Lane, Monroe, Louisiana 71201for defendant, Tomas Allen Dickerson, Tough Luck Farms, Inc., Dickerson Agriculture Partnership, Radar Ridge Planting Company, Inc. and B&T Farms, LLC.

(b) A copy of all records and proceedings occurring in the State Court prior to removal, arranged by order of filing date, is attached hereto.

(c) All documents included in the State Court record, arranged by order of filing date, are as follows:

03/03/2016 – Petition to Foreclose by Executory Process

03/04/2016– Order

03/04/2016– Writ of Seizure and Sale

03/04/2016– Alias Writ of Seizure and Sale

(d) Undersigned counsel certifies that the foregoing constitutes the entire State Court record.

2. No motions or exceptions were pending in State Court at the time of removal.

3. No funds were being held by the State Court for benefit of the litigants.

Respectfully Submitted,

STEPHANIE A. FINLEY
United States Attorney
Western District of Louisiana

BY: *s/ Cristina Walker*
CRISTINA WALKER (8497)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101-3068
(318) 676-3614 / Fax: (318) 676-3642
cristina.walker@usdoj.gov

CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system and U.S. Postal Service as indicated below.

James E. Mixon, Esq.
James L. Carroll, Esq.
Brian E. Frazier, Esq.
MIXON, CARROLL & FRAZIER, LLC
P.O. Drawer 1619
Columbia, Louisiana   71418
*Attorneys for Plaintiff,*
*Caldwell Bank & Trust Company*

VIA CM/ECF SYSTEM

Larry Feldman, Jr., Esq.
MCGLINCHEY STAFFORD
601 Poydras Street, Suite 1200
New Orleans, Louisiana   70130
*Attorneys for Franklin State Bank & Trust Company*

VIA U.S. POSTAL SERIVCE

Carey B. Underwood, Esq.
DAVENPORT, FILES & KELLY
1509 Lamy Lane
Monroe, Louisiana   71201
*Attorneys for Thomas Allen Dickerson,*
*Tough Luck Farms, Inc.,*
*Dickerson Agriculture Partnership,*
*Radar Ridge Planting Co., Inc., and*
*B&T Farms, LLC*

VIA U.S. POSTAL SERIVCE

Michail L. DuBos, Esq.
BREITHAUPT, DUNN, DUBOS, SHAFTO, & WOLLESON, LLC
1811 Tower Drive, Suite D
Monroe, Louisiana   71201
*Attorneys for AGRIFUND, LLC and*
*AG Resource Management, LLC*

VIA U.S. POSTAL SERIVCE

Thomas Hayes, Esq.
HAYS, HARKEY, SMITH & CASCIO, LLP
2811 Kilpatrick Blvd.
Monroe, Louisiana   71201
*Attorneys for Crop Production Services, Inc.*

VIA U.S. POSTAL SERIVCE

Joseph Woodley, Esq.
L. David Cromwell
PETTIETTE, ARMAND, DUNKELMAN, WOODLEY, BYRD & CROMWELL, LLP
400 Texas Street, Suite 400
Shreveport, Louisiana   71101
*Attorneys for Commercial Capital Bank*

VIA CM/ECF SYSTEM

*S/Cristina Walker*
_____
CRISTINA WALKER
Assistant United States Attorney

Dated:   April 29, 2016