**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**CALDWELL BANK & TRUST CO**             **CASE NO. 3:16CV0403**

**VERSUS**                                              **JUDGE JAMES**

**THOMAS ALLEN DICKERSON ET AL**     **MAGISTRATE JUDGE HAYES**


<u>**MINUTE ENTRY**</u>

At the direction of Chief Judge Dee D. Drell, and in accordance with Standing Order

1.62, the above-captioned matter is hereby reassigned to United States Magistrate Judge Joseph

H. L. Perez-Montes.  All future filings should bear the name of the new assignment.

THUS DONE May 16, 2016.


TONY R. MOORE, Clerk of Court

BY: <u>s/Teresa Reeves</u>
            Deputy Clerk